**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 26-80201-CIV-CANNON**

**MADS AXEL JOHANSEN**,

Plaintiff,

v.

**PAM BONDI, *et al.***,

Defendants.
_________________________________/

**<u>ORDER DISMISSING SHOTGUN COMPLAINT AND PERMITTING REPLEADING</u>**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On February 27, 2026, Plaintiff filed a four-count Complaint alleging unreasonable and unlawful delay to determine Plaintiff's Form N-400 Application for Naturalization in violation of 8 U.S.C. § 1447(b) and violations of the Administrative Procedure Act (the "APA") [ECF No. 1]. Plaintiff further notes that he seeks Mandamus relief, and that if he prevails, he will seek attorney's fees pursuant to the Equal Justice Act (the "EJA") [ECF No. 1]. The second, third, and fourth counts in the Complaint, however, incorporate all preceding allegations, thus rendering the Complaint an impermissible "shotgun pleading" [ECF No. 1 ¶¶ 49, 60, 68]. *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type [of shotgun pleading]—by a long shot—is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint."). The Court has an independent obligation to dismiss such pleadings and require repleader.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.
2. Plaintiff may file an amended complaint that is consistent with this Order on or before **March 23, 2026**. **The amended complaint must not contain any successive counts that incorporate all prior allegations**. In other words, Counts I, II, III, and IV may incorporate the same factual allegations (paragraphs 1 through 40), but Counts II, III, and IV must not broadly incorporate the allegations of previous counts. **Further, each count must identify the particular legal basis for liability and contain specific factual allegations that support each cause of action within each count**.
3. Failure to comply with this Order may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of March 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record